HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANAYE TURNER<br><br>                    Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON and<br>BUDDY RATNER<br><br>                    Defendants. | NO. CV05-1575L<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

PURSUANT TO court order dated September 23, 2005, the parties, by and through their counsel, submit the following Joint Status Report and Discovery Plan:

1. <u>Nature and Complexity of the Case</u>

This is a civil rights action for damages for different treatment and an ongoing hostile and abusive work environment because of race and/or national origin and/or for retaliation for her rejecting unlawful conduct or engaging in protected conduct. Ms. Turner also asserts claims for wrongful discharge in violation of public policy and negligent infliction of emotional distress. Defendants deny any liability for claims made in the complaint.

JOINT STATUS REPORT AND DISCOVERY PLAN - 1
USDC WD WA CV05-1575L

MacDonald Hoague & Bayless
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

2.  ADR Method

Mediation.

3.  Timing of Mediation

The parties prefer to conduct mediation after an initial round of discovery but no later than May 5, 2006.

4.  Joinder of Parties

No additional parties will be joined.

5.  Proposed discovery plan:

   A.  Conference and disclosures. The FRCP 26(f) conference occurred on October 21, 2005. The FRCP 26(a) initial disclosures will take place on October 28, 2005.

   B.  Discovery scope. Discovery will cover all issues of liability, defenses and damages. The parties agree that there is no reason to conduct discovery in phases.

   C.  Changes in discovery limitations. The parties do not foresee the need for any changes in the discovery limitations set by the Federal and Local Rules.

   D.  Management of discovery: The parties have agreed to exchange documents identified in the initial disclosures.

   E.  Other orders that should be entered by the Court under FRCP 26(c), or under Local Rule CR 16(b) and (c): A stipulated protective order will need to be entered in order to maintain confidentiality of personal, employment and medical records of plaintiff and others. The parties will file such an order in due course.

6.  Discovery Cutoff

Lead counsel for plaintiff will be taking maternity leave from approximately May 15, 2006 through September 30, 2006. The parties have agreed to conduct discovery up until her attorney's departure, then effectively stay the case during her period of leave. Plaintiff requests

JOINT STATUS REPORT AND DISCOVERY PLAN - 2
USDC WD WA CV05-1575L

MACDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

a discovery cutoff of December 15, 2006 so that any remaining discovery can be completed upon her return. Defendants request a discovery cut-off of September 29, 2006.

7.  Agreement to full-time Magistrate Judge

The parties do not agree to a full-time magistrate judge.

8.  Bifurcation of Issues

None is needed.

9.  Pretrial Statements and Orders

Plaintiff requests that the parties file pretrial statements and a pretrial order in accordance with Local Rules CR 16(e), (h), (i), and (l), and 16.1.

10. Other Suggestions for Shortening or Simplifying

The parties have no further suggestions for shortening or simplifying this case at this time.

11. Trial Date

Because plaintiff's counsel will be on leave from May 15 through September 30, 2006, plaintiff requests a trial date in April or May 2007. Defendants request a trial date in late November or early December, 2006.

12. Jury Trial

No jury demand was made by either party. This will be a bench trial.

13. Trial Days

Because of the number of witnesses and the relatively long time period over which the conduct of the defendants occurred, the parties believe that 8-10 trial days will be necessary.

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
USDC WD WA CV05-1575L

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

14. <u>Trial Counsel</u>

Andrea Brenneke, WSBA #22027
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
206.622.1604

Michael Madden, WSBA #08747
Linda M. Coleman, WSBA #32355
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1355
206.622.5511

15. <u>Status of Service</u>

Service has been completed.

16. <u>Scheduling Conference</u>

The parties do not foresee the need for a scheduling conference unless any of the proposals herein are objectionable.

JOINTLY SUBMITTED this 28th day of October, 2005.

| MacDONALD HOAGUE & BAYLESS | BENNETT BIGELOW & LEEDOM, P.S. |
|---|---|
| By _/s/ Andrea Brenneke_<br>Andrea Brenneke, WSBA #22027<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104-1745<br>206.622.1604<br><br>Attorneys for Plaintiff | By _/s/ Michael Madden_<br>Michael Madden, WSBA #08747<br>Linda M. Coleman, WSBA #32355<br>1700 Seventh Avenue, Suite 1900<br>Seattle, Washington 98101-1355<br>206.622.5511<br><br>Attorneys for Defendants |

JOINT STATUS REPORT AND DISCOVERY PLAN - 4
USDC WD WA CV05-1575L

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the below listed attorneys:

<u>Attorneys for Defendants</u>
Michael Madden, WSBA # 08747
Email:  mmadden@bbllaw.com
Linda M. Coleman, WSBA #32355
Email:  lcoleman@bbllaw.com
Bennett Bigelow & Leedom, P.S.
Tel:  206.622.5511
Fx:   206.622.8986

/s/
Andrea Brenneke, WSBA 22027
MacDonald Hoague & Bayless
705 Second Avenue, Suite #1500
Seattle, Washington 98104
Tel: 206.622.1604
Fx:  206.343.3961
Email: andreab@mhb.com
Attorneys for Plaintiff

JOINT STATUS REPORT AND DISCOVERY PLAN- 5
USDC WD WA C05-1575L

MacDonald Hoague & Bayless
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961