Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANAYE TURNER,<br><br>                Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF WASHINGTON and BUDDY RATNER,<br><br>                Defendants. | NO. CV05-1575L<br><br>DECLARATION OF MICHAEL MADDEN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**Note on Motion Calendar:**<br>**Friday, March 16, 2007** |

Michael Madden declares as follows:

1. I am one of the attorneys for the Defendants in this matter and have personal knowledge of the matters stated.

2. Attached hereto as **Exhibit 1**, is a true and correct copy of the following deposition pages from the Deposition of Dr. Buddy Ratner taken on October 30, 2006: 7-8; 12-13; 19; 27-28; 65-67; 105-109; 155-156; 176-180; 190; 192-200.

3. Attached hereto as **Exhibit 2**, is a true and correct copy of Exhibit 28 to the Deposition of Fanaye Turner taken on October 27, 2006 (Doc. No. UW_TUR10028-10031; Memorandum from Melissa Cochran to Fanaye Turner dated May 22, 2002).

DECLARATION OF MICHAEL MADDEN
IN SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - Page 1
NO: CV05-1575L

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 188 to the Deposition of Nina Hanlon taken on January 22, 2007 (Email from Fanaye Turner to Jeri Staley-Earnst dated July 11, 2002).

5. Attached hereto as **Exhibit 4**, is a true and correct copy of Exhibit 102 to the Deposition of Buddy Ratner taken on October 30, 2006 (Memorandum from Dr. Andrew Branca to Lorease Kendrick dated April 7, 2003).

6. Attached hereto as **Exhibit 5**, is a true and correct copy of Exhibit 279 to the Deposition of Debbie Flores taken on January 29, 2007 (Doc. No. UW_TUR30049-30050; Debbie Flores' notes regarding March 27, 2003 incident between Fanaye Turner and Nina Hanlon).

7. Attached hereto as **Exhibit 6**, is a true and correct copy of Exhibit 208A to the Deposition of Mike Keller taken on January 24, 2007 (Doc. Nos. UW_TUR10012-10014; UCIRO Initial Intake Sheet dated April 3, 2003; Email from UCIRO to Kevin Rainge dated April 4, 2003; Email from Jill beaver Lee to Dr. Yongmin Kim dated April 18, 2003).

8. Attached hereto as **Exhibit 7**, is a true and correct copy of Exhibit 208A to the Deposition of Mike Keller taken on January 24, 2007 (Doc. No. UW_TUR10019; Letter from Mike Keller to Fanaye Turner dated May 28, 2003).

9. Attached hereto as **Exhibit 8**, is a true and correct copy of Exhibit 154 to the Deposition of Rita Jensen taken on January 19, 2007 (Doc No. UW_TUR20407; Email from Rita Jensen to Lorease Kendrick dated April 03, 2003).

10. Attached hereto as **Exhibit 9**, is a true and correct copy of an UCIRO Report of Investigation dated December 22, 2003 (Doc. No. UW_TUR30102-30113).

DECLARATION OF MICHAEL MADDEN
IN SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - Page 2
NO: CV05-1575L

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

11. Attached hereto as **Exhibit 10,** is a true and correct copy of an email from Jeri Staley-Earnst to Buddy Ratner dated January 13, 2004 (Doc. No. UW_TUR681133).

12. Attached hereto as **Exhibit 11**, is a true and correct copy of Exhibit 174 to the Deposition of Rita Jensen taken on January 19, 2007 (Doc No. FT-1363; Email from Fanaye Turner to Buddy Ratner, et al. dated January 11, 2004).

13. Attached hereto as **Exhibit 12**, is a true and correct copy of Exhibit 109 to the deposition of Buddy Ratner taken on October 30, 2006 (Email from Fanaye Turner to Buddy Ratner dated January 23, 2004).

13. Attached hereto as **Exhibit 13,** is a true and correct copy of an email from Fanaye Turner to Jeri Staley-Earnst dated April 7, 2003 (Doc. No. UW_TUR669533).

13. Attached hereto as **Exhibit 14**, is a true and correct copy of the following deposition pages from the Deposition of Fanaye Turner taken on October 26, 2006: 145; 187-189; 205; 221-223.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at SEATTLE, Washington, this 22 day of February, 2007.

Michael Madden

w:\wdclient\1408\00055\mm704576.doc

DECLARATION OF MICHAEL MADDEN
IN SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - Page 3
NO: CV05-1575L

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 F: (206) 622-8986