1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FANAYE TURNER,

Plaintiff,

vs.

UNIVERSITY OF WASHINGTON and
BUDDY RATNER,

Defendants.

NO. CV05-1575L

NOTICE OF DEFENDANTS' BILL OF COSTS

**Noted on Motion Calendar:
Friday, January 11, 2008**

To:         Clerk of the Court

And to:     Andrea Brenneke, Attorneys for Plaintiff

Please take notice that Defendants' Bill of Costs is noted for consideration by the Clerk of the Court for January 11, 2008 without oral argument, pursuant to CR 54 (d)(1) and CR 7(d)(2).

DATED this 27th day of December, 2007.

BENNETT BIGELOW & LEEDOM, P.S.

By:   /s/ Michael Madden
      Michael Madden  WSBA #8747
      Special Assistant Attorney General
      Attorneys for Defendant

NOTICE OF DEFENDANTS' BILL OF COSTS
NO: CV05-1575L - Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FANAYE TURNER,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON and<br>BUDDY RATNER,<br><br>                   Defendants. | NO.  CV05-1575L<br><br><br>DEFENDANTS' BILL OF COSTS<br><br><br>**(CLERK'S ACTION REQUIRED)** |

Judgment having been entered in the above-entitled action on December 13, 2007, in favor of defendants on all claims, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $0.00 |
| Fees for service of summons, subpoenas and deposition notices | $170.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $3196.50 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | $3789.27 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $964.91 |
| Docket fees under 28 U.S.C. 1923 | $0.00 |
| Costs as shown on Mandate of Court of Appeals | $0.00 |
| Compensation of court-appointed experts | $0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $0.00 |
| Other costs | $35.00 |
| **TOTAL** | **$8155.68** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was electronically filed using the CM/ECF System which will send notification of such filing to:

Andrea Brenneke

MacDonald Hoague & Bayless

705 Second Avenue, Suite 1500

Hoge Building

Seattle, WA 98104-1745

Signature of Attorney:_____

Name of Attorney:_ Michael Madden_____

For:_ University of Washington and Buddy Ratner

Date: December 27ᵗʰ, 2007

Costs are hereby taxed in the amount of _____ and included in the judgment.

_____     By:_____     _____
*Clerk of Court*                              *Deputy Clerk*                          *Date*

| FEES OF THE COURT | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | | $0.00 |
| | TOTAL | $0.00 |

| FEES FOR SERVICE OF SUMMONS, SUBPOENA & DEPOSITION NOTICES | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Service of Subpoena for Medical Records from Jonathan Kantor | $170.00 |
| | TOTAL | $170.00 |

| FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT  NECESSARILY OBTAINED FOR USE IN THE CASE | | |
|---|---|---|
| DATE | DEPONENT | COST |
| | Fanaye Turner | $1317.50 |
| | Fanaye Turner | 1879.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | $3196.50 |

| FEES AND DISBURSEMENTS FOR PRINTING | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Not Applicable | $0.00 |
| | TOTAL | $0.00 |

### FEES FOR WITNESSES

| NAME AND RESIDENCE | ATTENDANCE | | HOTEL and SUBSISTENCE | | AIRLINE TICKET | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | DAYS | COST | DAYS | COST | MILES | COST | |
| Cyndi Long, Denver, Colorado | 1 | 40.00 | | 581.41 | | 267.23 | $888.64 |
| Alma Weightman, Cambridge, Massachusetts | 1 | 40.00 | 2 | 808.60 | | 378.81 | 1227.41 |
| Marguerita Jensen, Winthrop, Washington | 1 | 40.00 | 1 | 751.62 | | | 791.62 |
| Michael Keller, Iowa | 1 | 40.00 | 1 | 577.50 | | 264.10 | 881.60 |
| | | | | | | | |
| | | | | | | TOTAL | $3789.27 |

### FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| DATE | DESCRIPTION | NO. PAGES | COST/ COPY | TOTAL COST |
|---|---|---|---|---|
| | Anne Ganley records | | 251.11 | 251.11 |
| | Group Health Cooperative records | | 358.21 | 358.21 |
| | Defendants' Trial Exhibits (Copied and prepared by Prolumina) | | 260.79 | 260.79 |
| | Defendants' Motion for Partial Summary Judgment – Wrongful Discharge and Supporting Declarations | 128 | .20/pg x 2 | 51.20 |
| | Defendants' Reply Brief in Support of Motion for Partial Summary Judgment – Wrongful Discharge and Supporting Declaration | 71 | .20/pg x 2 | 28.40 |
| | Defendants' Motion for Partial Summary Judgment – Federal Claims and Supporting Declarations | 6 | .20/pg x 2 | 2.40 |
| | Defendants' Reply Brief in Support of Motion for Partial Summary Judgment – Federal Claims | 11 | .20/pg x 2 | 4.40 |
| | Trial Brief | 21 | .20/pg x 2 | 8.40 |
| | | | TOTAL | $964.91 |

| DOCKET FEES UNDER 28 U.S.C. 1923 | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Not Applicable | $0.00 |
| | TOTAL | $0.00 |

| COSTS AS SHOWN ON MANDATE OF COURT OF APPEALS | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Not Applicable | $0.00 |
| | | $0.00 |

| COMPENSATION OF COURT-APPOINTED EXPERTS | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Not Applicable | $0.00 |
| | TOTAL | $0.00 |

| COMPENSATION OF INTERPRETERS AND COSTS OF SPECIAL INTERPRETATION SERVICES UNDER 28 U.S.C. 1828 | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Not Applicable | $ |
| | TOTAL | $ |

//

//

//

//

| OTHER COSTS | | |
|---|---|---|
| DATE | DESCRIPTION | COST |
| | Attorney's docket fees under 28 U.S.C. § 1920(5); 1923 | $20.00 |
| | Service Fee for Supplemental Declaration of Michael Madden Re:  Motion for Partial Summary Judgment | 15.00 |
| | TOTAL | $35.00 |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

w:\wdclient\1408\00055\mm741411.doc



Prepared For
KAREN FALK/CBA
BENNETT, BIGELOW ET

---

**Activity Continued**   \*\*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 10/31/07 | WESTIN SEATTLE WESTI SEATTLE      WA | 87507821900 | | 554.88 |
| | FOL# 537013        LODGING   10/31/07 | | | |
| | ARRIVAL DATE DEPARTURE DATE | | | |
| | 10/30/07 11/01/07 00 | | | |
| | ROOM RATE        $24.00 | | | |
| | ROC NUMBER 537013 | | | |

↓ Cyndi
Long

| 11/01/07 | WESTIN SEATTLE WESTI SEATTLE      WA | 87507834400 | | 26.53 |
| | FOL# 537013        LODGING   11/01/07 | | | |
| | ARRIVAL DATE DEPARTURE DATE | | | |
| | 11/01/07 11/01/07 00 | | | |
| | ROOM RATE        $24.00 | | | |
| | ROC NUMBER 537013 | | | |

| 11/02/07 | WESTIN SEATTLE WESTI SEATTLE      WA | 87507950900 | | 323.68 |
| | FOL# 540389        LODGING   11/02/07 | | | |
| | ARRIVAL DATE DEPARTURE DATE | | | |
| | 11/02/07 11/02/07 00 | | | |
| | ROOM RATE        $0.10 | | | |
| | ROC NUMBER 540389 | | | |

Mike Keller

Continued on reverse



Prepared For
**KAREN FALK/CBA**
**BENNETT, BIGELOW ET**

## Activity Continued   **Foreign Currerncy conversion rate is base rate plus 2.5%. See page 2 for details.

| | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 10/29/07 | WESTIN SEATTLE WESTI SEATTLE | WA | 87507520900 | | 601.12 |
| | FOL# 535801          LODGING | 10/29/07 | | | |
| | ARRIVAL DATE DEPARTURE DATE | | | | |
| | 10/29/07 10/29/07 00 | | | | |
| | ROOM RATE          $26.00 | | | | |
| | ROC NUMBER 535801 | | | | |

*Alma Weightman*

New Charges/Other Debits
Payments/Other Credits

*Mike Keller*

Total Remaining Unreimbursed Expenses   = $253.82

Transportation  (excluding already reimbursed airfare):       Total Costs       $65

* Parking Des Moines Airport (3 days at $5/day) = $15
* Taxi from Seattle Airport to Westin = $38
* Airporter Bus from Westin to Airport = $12

Meals                                                         Total Costs       $174.82

Oct 30 Cost = $84.16
** Breakfast Chicago Airport (Corner Bakery) = $8.80
** Lunch  Seattle (Pagliacci Pizza) = $5.36
** Dinner Seattle (Icon Grill) = $70.00

Oct. 31 Cost = $64.10
*** Breakfast Seattle (Westin) = $5.20
** Lunch  Seattle (Icon Grill) = $26.90
# Dinner Seattle = $32

Nov. 1 32 Cost = $24.56
*** Breakfast Seattle (airport) = $7.28
# Lunch In-flight = $10.00
*** Dinner Chicago (airport) = $7.38

Miscellaneous                                                 Total Cost        $14

*** Phone Calls = $9
# In Flight Computer on Alaska Airlines Flight = $5


* Receipt attached on Transportation Cost Doc
** Receipt attached on Meal Receipts #1 Doc
*** Receipt attached on Meal Receipts #2 Doc
# No receipt available

Transportation   =   $65

DATE 10/30/07
CAB NO. 907

DRIVER
FROM Airport (Seattle)
TO Westin
AMOUNT $35

"Service with Pride"
PHONE
(206) 246-9999



## Downtown Airporter to Seatac Airport

Bus departs **21** and **51** minutes after each hour

First departure at **5:21am**

Last departure at **11:21pm**

**30** minute trip to the airport

Pay the driver $10.25 **cash only**

+ 1.75 tip
12.00

# NO RESERVATIONS TAKEN

Board bus down escalators on
**Westlake Avenue** near the flagpoles
by the main valet entrance,
below the lobby.

Parking Fees
Marws = $15

(New) Receipts

HMSHOST
CORNER BAKERY K15
Chicago 773.686.6180

1233 Julia

9 9 7 1  09°30°07  9:31AM

```
1 ODWLLA SMTH 14oz       3.69
1 CRS BACN TOM           4.29
  XXXXXXXXXXXXXX        XX/XX
  AMEX         A3 37*    8.80

  SUBTOTAL               7.98
  TAX                    0.82
  AMOUNT PAID            8.80
```



Pagliacci Pizza
(206) 726-1717      (425) 453-1717

Dine In

Order: 256 [8940209]      Printed: 10/30/2007 02:51PM
Location: University Pizzeria

## What You Ordered

```
1 Slice Pizza                      $  2.00
  ORIGINAL

1 Slice Pizza                      $  2.90
  PRIMO AGDOG

1 Regular Beverage - Dine-in       $   .00
  Soda

  Customer default
```

## Order Totals
Coupon Savings: $1.49
```
>>>                          Subtotal: $   4.90
>>>                          Tax:      $    .46
>>>                          Total:    $   5.36
```

# ICON GRILL

1933 5TH AVE
SEATTLE, WA 98101
206-441-6330

```
EMP: THOMAS A                        AMEX
Date 10/30/07              Time 19:26
Table    8
151460
```

Card Holder  KELLER/MICHAEL
Card Number  xxxxxxxxxx61018        xx/xx
Auth-Code:   527347         Ctrl: 16065

Amount..    60.00

Tip....     10.00

Total..     70.00

X  M____Kelle

Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

# ICON GRILL

1933 5TH AVE
SEATTLE, WA 98101
206-441-6330

```
EMP: RYAN S                          AMEX
Date 10/31/07              Time 14:01
Table  104
551527
```

Card Holder  KELLER/MICHAEL
Card Number  xxxxxxxxxx61018        xx/xx
Auth-Code:   570111         Ctrl: 56148

Amount..    22.90

Tip....      4.00

Total..     26.90

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

Meal Receipt #2
+ phone

MR Mike Keller
American Bar Association/gp
1700 7th Avenue
1900
Seattle, WA 98101

1132
240.00
1
537013        A
12
30-OCT-07   13:23
01-NOV-07   07:30
AX

EXPENSE REPORT SUMMARY

| Date | Room/Tax | Food/Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 30-OCT-07 | 277.44 | 3.00 | 6.00 | 0.00 | 283.44 | 0.00 |
| 31-OCT-07 | 277.44 | 5.20 | 3.00 | 0.00 | 285.64 | 0.00 |
| 01-NOV-07 | 0.00 | 0.00 | 0.00 | 0.00 | 569.08 | 569.08- |
| Total | 554.88 | 5.20 | 9.00 | 0.00 | 569.08 | 569.08- |

Thank you for choosing The Westin Seattle. We look forward to welcoming you back soon!

HMSHost
Great American Bagel N Sat
SeaTac International Airport

HMS HOST
CHILI'S 609 773-686-6180
CHICAGO AIRPORT
CHECK:     6183
TABLE:     153/1
SERVER:    5973 Marivel
DATE:      NOV01'07  4:54PM
CARD TYPE: AMEX      A3 37*
ACCT #:    XXXXXXXXXXX101B
EXP DATE:  XX/XX
AUTH CODE: 515580
           MICHAEL KELLER
TOTAL:        6.38

TIP:      1.00
TOTAL:    23?

X
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.

1007 ELISABETH
CHK 2449 NOV01'07  8:55AM  GST 1

1 SEATTLE SUNRISE      4.90
1 COFFEE               1.75
  Subtotal             6.65
  Tax                  0.63
  Amt Tendered     7.28
  XXXXXXXXXXXXXXX    XX/XX
  AMEX      A3 37*   7.28

As a Starwood preferred guest you have earned at least 380
Starpoints for this visit C23401026.

MR Mike Keller
FOLIO 537013  30-OCT-07

WESTIN

## Susan L. Bright

**From:** Michael Keller [mrk515@gmail.com]
**Sent:** Thursday, October 25, 2007 2:31 PM
**To:** Susan L. Bright
**Subject:** FW: Travelocity Reservation

Susan,

I ultimately found a cheap flight with decent times through Chicago.  It's gets in earlier than I need but I'll just pop up to my old office if the flight (which goes through Chicago so that is a big if) actually gets in on time.

If you could save this e-mail for reimbursement (Mike said to go ahead and snag a cheap non-refundable fair) the bottom of the e-mail has the costs.

Mike Keller

---

**From:** The Travelocity Team [mailto:travelocity@travelocity.com]
**Sent:** Thursday, October 25, 2007 4:12 PM
**To:** MRK515@GMAIL.COM
**Subject:** Travelocity Reservation

 

# thank you!
travel reservation confirmation

Dear MICHAEL,

Thank you for booking your travel through Travelocity.

Your trip to Seattle/Tacoma, WA (SEA) is confirmed. A summary of your reservation is provided below. Please be sure to:

- Review your trip details
- Read the instructions and policies listed below
- Print this email for your records
- Check other links offered by Travelocity to plan your trip

**Your Travelocity Trip ID is:** 5729 8692 9501

Your phone number for this trip: 515-401-9860

> This is an e-ticket, so no paper ticket will be mailed to you.  **What is an e-ticket?**
> **Please note:** Your seat numbers will be assigned at check-in and printed on your boarding pass. You may return to My Stuff at a later time and check for any updates to your seating assignments.

**Itinerary**

Primary
Contact:
MICHAEL

10/29/2007

KELLER

- Online check-in
- Lookup flight status

- online calculator to check the fees and rules before you decide.

### Cancellation Policies

- Your ticket is non-refundable.
- If you cancel you will not receive any money back.
- You may be eligible to apply part of your ticket price towards future travel (for a limited time, usually a year).
- Airlines usually deduct $100 before determining the amount that can be applied towards future travel.

**Need to change or cancel your trip?**
Use our online calculator to check the fees and rules before you decide.

### Domestic Flight Notice

- Air transportation to be provided between points in the U.S. (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.
- Where this coupon is issued for transportation, or services other than air travel, specific terms and conditions may apply. These terms and conditions may be included in the ticket set or may be obtained from the issuing company or agent.
- Please make sure you have reviewed the important legal notice entitled "Conditions of Contract", "Notice of Incorporated Terms", "Notice of Baggage Liability Limitations", and "Notice of Overbooking" in Terms & Conditions of Travel or the specific terms and conditions relating to non-air transportation or services.
- The Terms & Conditions of Travel will also be available at the airport prior to your flight departure.

### International Flight (Warsaw Convention) Notice

- If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for the loss of or damage to baggage.
- See also the notices entitled "Advice to International Passengers on Limitation of Liability" and "notice of Baggage Liability Limitations" in Terms & Conditions of Travel
  size=1 width="100%" align=center>

### Pricing

| | |
|---|---|
| 1 adult: | $202.79 |
| Taxes & Fees: | $61.31 |
| Total: | **$264.10** |

We have charged $264.10 to your MASTERCARD® XXXX-XXXX-XXXX-1971.

- Travelocity fees and airline charges will be shown as separate line items on your credit card statements.
  size=1 width="100%" align=center>

### Travel Checklist

- **Printed itinerary**—As you will not receive a paper ticket, we suggest you print this page to take along with you on your trip.
- **Photo ID**—Every passenger must have a valid government-issued photo ID (such as a drivers license or passport). Please note that the name on the photo ID must match the

passenger name in the reservation.

- **Terminal/gate information**—Check with the airline for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status online. Due to increased security measures you should plan to arrive at the airport two hours prior to departure.
- **What to expect at the airport**—The airline will issue your boarding pass upon check-in. Some airlines allow you to pre-print your boarding pass with an online check-in feature.
- **Baggage guidelines**—Be sure to review your airline's baggage allowance guidelines. Airline rules for checked baggage allowances vary. Many carriers allow passengers two checked bags and one carry-on while some only permit two checked bags. All carry-on baggage will be subject to search. Review the Transportation Security Administration's guidelines for baggage.

size=1 width="100%" align=center>

## Help

**Online Support:** Search or browse our FAQs | Send us an email

Please refer to trip ID 5729 8692 9501 when calling Travelocity's Customer Service Center.

Note: There may be a penalty and/or charges for reservation changes.

| | | |
|---|---|---|
| In the US | 1.888.872.8356 | 24 hours a day/7 days a week |
| En Español | 1.866.828.3933 | 7am - 10pm CST |
| TDD/Hearing Impaired | 1.800.555.7585 | 7am - 11pm CST |
| Outside the US | 1.210.521.5871 | 24 hours a day/7 days a week |

 **A guaranteed low price is just the beginning.**
Learn More

 

*Rita Jensen*

# Expense Reimbursement Form

Date: _____11/1/2007_____

Name: ___Rita Jensen_____

Address: ___15 River Rock Road_____

___Winthrop, WA 98862_____

Description:                                                    Amount:

1 _Hotel - Westin (including parking)_____     $ ____711.36_____

2 _reduction for spouse ($20 plus tax)_____     $ ____-46.24_____

3 _Ground transportation from airport_____     $ _____50_____

4 _Meals_____(1 each B/L/D ($5; $5.50 and $26))___     $ _____36.5_____

5 _____     $ _____

6 _____     $ _____

7 _____     $ _____

8 _____     $ _____

9 _____     $ _____

10 _____     $ _____

TOTAL     751.62

the westin seattle
1900 5th avenue  seattle, washington 98101
phone 206.728.1000  fax 206.728.2259
westin.com/seattle

| guest | | | | travel agent/charge to |
|---|---|---|---|---|
| MS Rita Jensen | room | 3138 | | |
| | rate | 280.00 | | |
| | no. pers. | 1 | | |
| 15river Rock Rd | folio | 535802 | A | |
| Winthrop, WA 98862 | page | 1 | | |
| | arrive | 29-OCT-07 | 11:22 | |
| | depart | 31-OCT-07 | | |
| | payment | MC | | |

| date | reference | description | charges/credits |
|---|---|---|---|
| 29-OCT-07 | RT3138 | Room Charge | 280.00 |
| 29-OCT-07 | RT3138 | State Tax | 24.08 |
| 29-OCT-07 | RT3138 | Occupancy Tax | 19.60 |
| 29-OCT-07 | RT3138 | Self Parking | 32.00 |
| 30-OCT-07 | RT3138 | Room Charge | 280.00 |
| 30-OCT-07 | RT3138 | State Tax | 24.08 |
| 30-OCT-07 | RT3138 | Occupancy Tax | 19.60 |
| 30-OCT-07 | RT3138 | Self Parking | 32.00 |
| 31-OCT-07 | MC | Mastercard | 711.36- |

|  | | |
|---|---|---|
| Total Charges | 711.36 | |
| Total Credits | 711.36- | |
| Balance Due | 0.00 | |

EXPENSE REPORT SUMMARY

| Date | Room/Tax | Food/Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 29-OCT-07 | 323.68 | 0.00 | 0.00 | 32.00 | 355.68 | 0.00 |
| 30-OCT-07 | 323.68 | 0.00 | 0.00 | 32.00 | 355.68 | 0.00 |
| 31-OCT-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 711.36- |
| Total | 647.36 | 0.00 | 0.00 | 64.00 | 711.36 | 711.36- |

Thank you for choosing The Westin Seattle. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.        signature ........................

As a Starwood Preferred Guest you have earned at least 1126
Starpoints for this visit A721479831.



MS Rita Jensen
FOLIO  535802    29-OCT-07



WESTIN
HOTELS & RESORTS

**AIRPORT TRANSPORTATION**

1-877-884-5466

From : _Sea-Tac airport_

To : _westin_

Fare Amount : _50_
_+_
_(One trip)_   Date : _10/29/07_

*Weightman, A.*
*10/29/07 to*
*10/31/07*

## Boston Logan Airport

Massport Parking Facilities
Logan International Airport
1 Harborside Drive, Suite 200S
East Boston, MA 02128 (617) 561-1673

Receipt 4580/0629/629  10/31/07 18:50:34
Location of your car: Level: 5  Row:8D

!!!!! ORIGINAL !!!!!

010100 Pay Parking Ticket$   72.00
  Entered:   10/29/07 07:03
  Paid:      10/31/07 18:50
  Facility:  Daily Parking Terminal B
  Epan:      7912011027302263840

Total Amount     $   72.00

  Credit MasterCard $   72.00
..................................

Mastercard

WEIGHTMAN/ALMA E
Card No. xxxx xxxx xxxx 9089
Amount = $ 72.00

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xx        Thank you            xx
xx        Open 24 hours        xx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## CUSTOMER RECEIPT

\* Not Valid For Travel \*

Date: 10/29/07            Amount:    $17.00

| MasterCard | 5\*\*\*\*\*\*\*\*\*\*\*9089 | 6/09 | $17.00 |

Booking #  465312

NO REFUND
Gray Line of Seattle
Booking # 465312

 **Gray Line of Seattle**

*Weightman 10/29/07*

```
Thai Ginger - Pacific
600 Pine Street #406
Seattle, WA  98101
(206) 749-9100

10/29/07 14:18 237841
Thankyou
Server        Table Guest
JESSE          11     1

1 FRESH ROLLS        8.50
    SubTotal:      $8.50
       Tax:        $0.80

    Total:         $9.30

================

Have A Nice Day
www.thaiginger.com
```

```
** STARBUCKS COFFEE COMPANY **

PLAZA 600 BUILDIN    #00115
SEATTLE     WA98101
   --- DUPLICATE RECEIPT ---
 1 GR LATTE          3.10
SUBTOTAL             3.10
   TAX 9.4           0.29
TOTAL                3.39
CASH                 5.00
CHANGE DUE           1.61

00115 02C1 698433 001506391E
10/29/07              15:02
   --- DUPLICATE RECEIPT ---
     Pass the Cheer
   this Holiday Season!
Log on to www.itsredagain.com
    to pass the cheer
   to family and friends.
```

```
            Betty
   1507 Queen Anne Ave. N.
     Seattle, WA  98109
      ph 206-352-3773

   Thank You for Visiting
          BETTY
--------------------------------
    TABLE: 53 - 1 Guests
   Your Server was Audra
 10/29/2007 7:34:26 PM - ID #0067642
      Subtotal        $88.00
      Total Taxes       $8.27
   --------------------------
      Grand Total     $96.27
```

```
Name      : WEIGHTMAN/ALMA E
CC Num    : MC xxxx xxxx xxxx 9089
Reference : 16757952
Server    : Audra
Ticket Name : 53
```

Lunch  9.50
       3.39
      $12.69

Dinner:
96.27 ÷ 3 = $32.09

$44.79

```
      Amount:      $96.27

      Tip:      _____

      Total:    _____

x_____
     CUSTOMER COPY
I agree to pay the amount shown above.

------------/------------------
      Join us again soon!
================================
```

*Weightman 10/30/07*

**WESTIN SEATTLE**
5th Ave Cafe
1900 5TH AVENUE
SEATTLE, WA 98101
206-728-1000

                              **1705584**
**ANGELICA MARI**Table **145**
Tue 10/30/07 8:57 AM    Guests      1
-------------------------------------
1 DRIP COFFEE         2.25
1   GRANDE            0.00
1 YOPLAIT             2.75
-------------------------------------
                  SubTotal       5.00
                  Taxes...       0.47

              Total  5.47

        CASH Amount Applied      5.47

                  CASH Tendered      5.47
        Your Word of Mouth Referrals are
           priceless to us....Thank You!
        Reservations are gladly accepted.
=====================================
        FOR ROOM CHARGES ONLY!

Dahlia Lounge
2001 4th Ave.
Seattle, WA
206.682.4142

Server: Coletti        DOB: 10/30/2007
08:05 PM                   10/30/2007
Table 58/1                   4/40017

M/C                        2097166
Card #XXXXXXXXXXXX9089
Magnetic card present: WEIGHTMAN ALMA E
Approval: 09044B

        Amount:        110.50          Breakfast: $5.47

          + Tip: _____          Dinner

        = Total: _____          110.50 ÷ 2 = $55.25

X_____
Approval: 09044B                       60.73

        Thank you for dining
      with us.  Please come again!

        Guest Copy

*Weightman  10/31/07*

**Hudson Group**
Seattle-Tacoma Intl. Airport
17801 Pacific Hwy S. Seattle 98158

Store:598

Beverage NT                 1.49   D1
Gourmet Food                5.99

Sale Total                  7.48

Cash                       20.48

Change                     13.00

COMMENTS\INQUIRIES? (800)326-7711
or COMMENTS@HUDSONGROUP.COM

TRN# 105215    10/31/07     7:18 AM
Terminal# 37,  Drawer# 01, Cashier# 004205

**HMSHost**
Starbucks N Sat
SeaTac International Airport

11193 Dianne
------------------------------------
CHK 6722 OCT31'07  7:46AM   GST 1
------------------------------------

1 COD G                     1.75

  Subtotal                  1.75
  Tax                       0.16
  Amt Tendered         **1.91**
  Cash                      2.00
  Change Due                0.09

**HMSHost**
Great American Bagel N Sat
SeaTac International Airport

10940 Annette
------------------------------------
CHK 1410 OCT31'07  7:40AM
------------------------------------

  1 SAND TURKEY             6.45
  1 ON ASIAGO               0.55
  1 DANISH                  1.75

  Subtotal                  8.75
  Tax                       0.82
  Amt Tendered         **9.57**
  Cash                     10.00
  Change Due                0.43

Breakfast & Lunch

1.49
1.91
9.52
$12.97

# Flight Confirmation

Thank You for booking with AAA Southern New England. For further travel assistance feel free to call 1-800-222-7448 or email us at memberinfo@aaasne.com.

**Please check below to verify that a confirmation number is included and that your tickets are successfully issued. Your ticketing information will be listed below your flight itinerary. If you have any questions regarding the status of your air tickets, please feel free to call our Travel Agency Call Center at 1-800-222-7448. Please keep in mind that any/all changes and or cancellations made to this air reservation are subject to penalties from both AAA and the airline.**

**Need directions to and from the airport?**
**AAA's Internet TripTik® can get you there. Rated tops by The Wall Street Journal.**

Oct 15, 2007

| User Name | Alma Weightman | **Member Number** | 4382404176708000 |
|---|---|---|---|
| **User ID** | aeweightman | **E-mail Address** | alma.weightman@genzyme.com |
| **Billing Information** | | Delivery Instructions | |

| Billing Information | Delivery Instructions |
|---|---|
| Alma E Weightman<br>120 Northridge Dr.<br>East Bridgewater, MA 02333<br><br>Form of payment requested:<br>MasterCard | Electronic airline ticket documents will not be sent via mail. Simply show a government issued ID upon check-in at the airport. Please check the flight reservation for your ticket information. Reservations not ticketed are not valid for travel. Pricing and availability subject to change until tickets are issued. |

**Description**

| FLIGHT | **Boston, MA to Seattle, WA Round Trip** |
|---|---|

**Mon**
29-Oct-07

**Boston, MA (BOS) to Seattle, WA (SEA)**
Depart 7:55 AM          Arrive 11:13 AM
Boeing 737-800
Flight Time: 6h 18m          30% on Time
2496 Miles

Requested seat(s): Awaiting assignment by airline

Alaska Airlines
Flight: 25
K Class
Food To Purchase

**Status: Confirmed**
**Confirmation: LFZAES**

Map / Driving Directions

**Wed**
31-Oct-07

**Seattle, WA (SEA) to Boston, MA (BOS)**
Depart 8:45 AM          Arrive 5:03 PM
Boeing 737-800          Arrives at Terminal B
Flight Time: 5h 18m          90% on Time
2496 Miles

Requested seat(s): Awaiting assignment by airline

Alaska Airlines
Flight: 12
G Class
Food To Purchase

**Status: Confirmed**
**Confirmation: LFZAES**

Map / Driving Directions

USD $378.81 Total Fare for 1 Traveler(s)          Record Locator: TM5C1Q
International rates subject to currency conversion charges

**Travelers:**
Alma Weightman

Ticket Information: Your electronic tickets have been successfully issued.

Passenger Tickets:

WEIGHTMAN ALMA - 0277151143318 (e-ticket)

The airline did not accept your frequent flier information. Please

contact the airline prior to departure to ensure that your frequent flier information is recorded.

**Cancellation/Changes:**
Cancellation - Ticket is non-refundable. Change Fee - 50USD
Penalties and /or conditions will apply to changes or cancellations.

## Special Requests

*Unconfirmed Flight Requests (These may not show on your itinerary)*

| | |
|---|---|
| Name: | Alma Weightman |
| Frequent Flyer Number: | Alaska Airlines 2162242024 |

## Comments/Notes

---

### Air Terms and Conditions

**Prohibited Practices**
AAA/CAA in accordance with airline regulations specifically prohibits the practices commonly known as:
A) Back to Back Ticketing (also known as End to End) - The issuance, purchase or usage of flight coupons from two or more tickets issued at round trip fares, or the combination of two or more round trip excursion fares end to end on the same ticket for the purpose of circumventing minimum stay requirements.
B) Throwaway Ticketing - The issuance, purchase or usage of round excursion fares for one way travel.
C) Hidden City/Point Beyond Ticketing - The issuance, purchase or usage of a fare from a point before the passenger's actual origin or to a point beyond the passenger's actual destination.

Any such practices using reservations made on aaa.com may subject you to penalties or reimbursement charges.

**Terms of Carriage**
AAA/CAA and/or its agents act only as agents for the airlines or other owners or contractors providing means of transportation or other services, and all tickets and contracts of such airlines or other owners or contractors are issues subject to any and all tariffs, terms and conditions under which such means of transportation or other services are provided. Neither AAA/CAA nor any of its subsidiary or affiliated companies shall be or become liable or responsible in any way in connection with such means of transportation or other services or for any loss, injury or damage, to or in respect of any person or property howsoever caused or arising. Additionally, AAA/CAA and/or its agents accept no responsibility in whole or part for any delay, loss or accident occasioned by fault or negligence of any person or company entrusted with the performance of such service or from whatever cause. They will not be responsible for any expenses or inconvenience caused by late arrivals and departures of planes, buses, autos, or ships or any change of schedule or condition beyond their control, nor will they be responsible for any expenses or inconvenience caused by cancellation of flights, changes of itinerary or schedule, strikes against transportation companies or cessation of business, whether due by bankruptcy or otherwise of the carrier providing transportation services. AAA/CAA reserves the right to cancel or reschedule any departure in accordance with operating requirements. The tickets and/or contracts in use by the airline, steamship company, railroad, owner or contractor providing means of transportation or other services shall constitute the sole contract between such airline, steamship company, railroad, owner or contractor and the purchaser of the tour and/or the tour member. The airline or steamship company providing the transportation arranges only for such transportation and exempts itself from the responsibility for any act, omission or event after the passenger is disembarked and landed from the aircraft or ship. The airlines cannot be held responsible for any act, omission, or event during the time the passengers are not on board their aircraft. The passenger ticket in use by the airlines, when issued, shall constitute the sole contract between the airline and the purchaser of these tickets and/or or passengers.

**Click here to review your Passenger Ticket - Notice and Conditions of Contract**

*Cyndi Long*

```
        Westlake Center
          Food Court
         400 Pine St
      Seattle, WA  98101
        206.652.9731
```

## Thai 0420

```
Host: Thai Garden          10/29/2007
Thai 0420                    12:27 PM

Day Part: Lunch

Pud Thai                       6.95
  Chicken
Soda                           1.25

Sub Total                      8.20

Sales Excl Tax                 0.77

Total Tax                      0.77


HERE Total                     8.97

Cash                          20.00

Change                       11.03

              Thai Go! Food:   6.95
              Thai Go! Bev:    1.25


       Thank you for dining
        at Westlake Center
       --------------------
            Thai Go!
           Noodle Zone
         Salena Mexicana

       --- Check Closed ---
```

# FRONTIER
### A I R L I N E S

PASSENGER RECEIPT 1OF1
29OCT07

# FRONTIER
### A I R L I N E S

LONG/CYNTHIA

**NOT VALID FOR TRANSPORTATION** *RETAIN THIS*
*RECEIPT THROUGHOUT*
*YOUR JOURNEY*

DENVER, CO
F9 847 T 29OCT07
SEATTLE/TACOMA, WA

USD  203.16
US 15.24
ZP  6.80
XT 14.00
USD  239.20

FP AMERICAN EXPRESS XXXXXXXXXXX3665

4222158343200

*******************
NOT VALID FOR TRAVEL
4222158343200



**CUSTOMER RECEIPT**
★ Not Valid For Travel ★
Date: 10/29/07          Amount:          $17.00
$17.00
Cash
Booking # 465307

GRAY LINE **Gray Line of Seattle**

NO REFUND
Gray Line of Seattle
Booking # 465307



**Prolumina**
TRIAL TECHNOLOGIES

**601 Union Street ~ Suite 1420**
**Seattle, WA 98101**
www.proluminatech.com
P: 206.622.6700 / 888.622.6722 ~ F: 206.467.1777
Tax ID#: 91-1936156

COPY RECEIVED
TIME _____ BY _____

NOV 0 1 2007

BENNETT BIGELOW
& LEEDOM

# Invoice

| | |
|---|---|
| **Invoice #:** | 29680 |
| **Invoice Date:** | 10/29/2007 |
| **Terms:** | Due on receipt |

**Bill To**

Bennett Bigelow & Leedom, PS
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101

Attn: Mike Madden

**Reference**

Trial Consulting
Week Ending 10/28/07

**Case Name:** Turner vs. UW & Buddy Ratner

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/22/2007 | | | | |
| 10/23/2007 | | | | |
| 10/24/2007 | | | | |
| 10/26/2007 | | | | |
| | Black & White Document Blowbacks | 177 | 0.11 | 19.47T |

*1408.55*

ENTERED
DATE 11/8
ACCT # 2195/1100
CLIENT/MATTER 1408-055

| | |
|---|---|
| **Sales Tax (8.9%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

*ProVideo|Seattle*
*is now*
*Prolumina Trial Technologies*



COPY RECEIVED

TIME _____ BY _____

OCT 2 4 2007

BENNETT BIGELOW
& LEEDOM

# Invoice

**Invoice #:** 29644
**Invoice Date:** 10/22/2007
**Terms:** Due on receipt

**601 Union Street ~ Suite 1420**
**Seattle, WA  98101**
www.proluminatech.com
P: 206.622.6700 / 888.622.6722 ~ F: 206.467.1777
Tax ID#: 91-1936156

**Bill To**  Attn: Mike Madden

Bennett Bigelow & Leedom, PS
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101

**Reference**

Trial Consulting
Week Ending 10/21/07

**Case Name:**  Turner vs. UW & Buddy Ratner

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/15/2007 | Black and White Scans per page | 2,001 | 0.11 | 220.11T |
| 10/16/2007 | | | | |
| 10/16/2007 | | | | |
| 10/17/2007 | | | | |
| 10/17/2007 | | | | |
| 10/17/2007 | | | | |
| 10/18/2007 | | | | |
| 10/18/2007 | | | | |

|  |  |
|---|---|
| Sales Tax (8.9%) | |
| **Total** | |
| **Payments/Credits** | |
| ***Balance Due*** | |

*ProVideo|Seattle*
*is now*
**Prolumina Trial Technologies**



**Invoice   1049309**

P.O. Box 4186 • Seattle, WA 98104-0186
(206) 624-1420 • Fax (206) 749-9558

**Invoice Date  05/16/06**
**Acct. Number  MAD375**

**Bill To:**

MICHAEL MADDEN
BENNETT BIGELOW & LEEDOM PS
1700 7TH AVE STE 1900
SEATTLE, WA 98101-1355

**File #:**   1408-055
**Case #:**  CV05-1575L
**Claim #:**
**DOL:**

GEZ    060425009    137799R

**CASE NAME:**                                    **VS.**

**CLIENT/INSURED:**

**RECORDS OF:**      Turner Fanaye

| RECORDS FROM | DESCRIPTION | QTY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| GANLEY PHD, ANNE L. | Records Custodian | | | |
| | BASIC FEE | 1 | 27.80 | 27.80 |
| | ADVANCE FEE | 1 | 200.00 | 200.00 |
| | CHECK ADVANCE FEE | 1 | 3.00 | 3.00 |
| | Taxable Subtotal | | | 230.80 |
| | Tax(8.800%) | | | 20.31 |
| | Total Amount Due | | | 251.11 |

**\* NET 10 DAYS\***

**REMITTANCE ADVICE:**

\* PLEASE PAY FROM THIS INVOICE AND INCLUDE INVOICE NUMBER WITH PAYMENT
\* TAX I.D. #91-1096983

Duplicate



**MEDRECS** INC

# RECORD EXPEDITORS

P.O. Box 4186 • Seattle, WA 98104-0186
(206) 624-1420 • Fax (206) 749-9558

**Invoice    1048817**

**Invoice Date    05/11/06**
**Acct. Number    MAD375**

**Bill To:**

MICHAEL MADDEN
BENNETT BIGELOW & LEEDOM PS
1700 7TH AVE STE 1900
SEATTLE, WA 98101-1355

**File #:    1408-055**
**Case #:    CV05-1575L**
**Claim #:**
**DOL:**

RAG    060425009    GRO167M

**CASE NAME:**                          **VS.**

**CLIENT/INSURED:**

**RECORDS OF:**    Turner Fanaye

| RECORDS FROM | DESCRIPTION | QTY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| GROUP HEALTH LEGAL RELEASE | Medical Records | | | |
| | BASIC FEE | 1 | 27.80 | 27.80 |
| | ADVANCE FEE | 1 | 235.98 | 235.98 |
| | CHECK ADVANCE FEE | 1 | 3.00 | 3.00 |
| | RECORD PROCESSING | 1 | 30.00 | 30.00 |
| | HIGH SPEED COPYING/DUPLEXING | 31 | 0.15 | 4.65 |
| | Taxable Subtotal | | | 301.43 |
| | Tax(8.800%) | | | 26.53 |
| | Total Amount Due | | | 327.96 |

**\* NET 10 DAYS\***

**REMITTANCE ADVICE:**

\* PLEASE PAY FROM THIS INVOICE AND INCLUDE INVOICE NUMBER WITH PAYMENT
\* TAX I.D. #91-1096983

Duplicate

# MEDRECS
## RECORD EXPEDITORS

P.O. Box 4186 • Seattle, WA 98104-0186
(206) 624-1420 • Fax (206) 749-9558

**Invoice    1050913**

**Invoice Date  05/30/06**
**Acct. Number  MAD375**

**Bill To:**

MICHAEL MADDEN
BENNETT BIGELOW & LEEDOM PS
1700 7TH AVE STE 1900
SEATTLE, WA 98101-1355

**File #:  1408-055**
**Case #:  CV05-1575L**
**Claim #:**
**DOL:**

GEZ    060425009    GRO836B

**CASE NAME:**                                VS.

**CLIENT/INSURED:**

**RECORDS OF:**    Turner Fanaye

| RECORDS FROM | DESCRIPTION | QTY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| GROUP HEALTH - SUBROGATION DEPT | Patient Accounts | | | |
| BASIC FEE | | 1 | 27.80 | 27.80 |

|  |  |
|---|---|
| Taxable Subtotal | 27.80 |
| Tax(8.800%) | 2.45 |
| Total Amount Due | 30.25 |

**\* NET 10 DAYS\***

**REMITTANCE ADVICE:**

\* PLEASE PAY FROM THIS INVOICE AND INCLUDE INVOICE NUMBER WITH PAYMENT
\* TAX I.D. #91-1096983

Duplicate



633 Yesler Way  Seattle, WA 98104   www.abclegal.com
206-521-9000   Fax: 206-625-9247

# PROCESS  SERVICE  INVOICE

Bill To:

**BENNETT, BIGELOW, & LEEDOM, PS**
**1700 7th Ave, #1900**
**SEATTLE, WA   98101**

Client Attn:
Order Attn: ABIGAIL HARDER-MIDKIFF
Account #:   101575        Phone: 206 622-5511

INVOICE #: **4232812**

DATE:          Jan 29 2007
BILL REF:    1408-055/KANTER RECORDS

## AMOUNT DUE : $170.00

| | |
|---|---|
| **CASE NAME:** | FANAYE TURNER   vs. UNIV. OF WAS. AND BUDDY RATNER, |
| **SERVEE:** | UNIVERSITY OF WISCONSIN-MILWAUKEE PSYCHOLOGY CLINIC, RECORDS CUSTODIAN |
| **PERSON SERVED:** | Jonathan Kanter, Ph.D.  Director, A white male approx. 40-45 years of age 5'10"-6'0" in height weighing 180-200 lbs with black hair |
| **SERVICE DATE:** | Jan 26 2007 11:00AM      **SERVED BY:** Donna L. Gundersen |
| **SERVICE ADDRESS:** | 179 PEARSE HALL  2513 E. HARTFORD AVE. MILWAUKEE, WISCONSIN 53211-3162 |
| **DOCUMENTS SERVED:** | LETTER; SUBPOENA IN A CIVIL CASE; DECLARATION OF CUSTODIAN OF RECORDS; DECLARATION OF PROFISSIONAL PHOTOCOPIER |

**SERVICE HISTORY**
01/22/2007     Work Order Received and Entered

**SERVICE NOTE**                                    **BAD ADDRESS LIST**

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| Expedited Forwarded Fee | 3 - 5 business day service request | 55.00 |
| Domestic Service (Forwarded) | | 115.00 |
| | SUB TOTAL | 170.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **170.00** |



OK TO PAY *Abigail Midkiff* 1/30/07

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

### OFFICIAL  PROCESS  SERVER  TO
### U.S.  DEPT.  OF  JUSTICE  AND  U.S.  STATE  DEPT.

Page 1 of 1

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**



**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**

MICHAEL  MADDEN  ESQUIRE
BENNETT, BIGELOW & LEEDOM, PS
SUITE 1900
1700 SEVENTH AVENUE
SEATTLE,WA 98101

Remit to the Corporate Office:
2020 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

Tax ID Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 10/27/2006 | | |
| Case\Assg No. | 6103-1 | Invoice # | 19228 |
| Case Caption: | TURNER, FANAYE  vs.  UNIVERSITY OF WASHINGTON AND BUDDY RATNER | Invoice Date | 11/13/2006 |

*APPEARANCE / ORIGINAL VIDEO SET / DEPOSITION OF  FANAYE E. TURNER*

<u>Remarks</u>
THANK YOU FOR YOUR BUSINESS !!!

COPY RECEIVED

TIME _____ BY _____

NOV 2 0 2006

BENNETT BIGELOW
& LEEDOM

| | |
|---|---|
| Total Amount $ | $1,317.50 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,317.50 |

ENTERED
DATE _____ 12/ _____
ACCT # _____ 1254 / 1100 _____
CLIENT/MATTER _____ 1408-055 _____

1408.55

OK TO PAY

Phone: (800) 528-3335          www.naegelireporting.com          Fax: (503) 227-7123

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:
  NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ Visa   ☐ MasterCard
☐ American Express

Signature (AS IT APPEARS ON YOUR CREDIT CARD)
_____

Print Name (AS IT APPEARS ON YOUR CREDIT CARD)
_____

Credit Card #          Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

**Portland, OR**
**(503) 227-1544**

**Seattle, WA**
**(206) 622-3376**

**Spokane, WA**
**(509) 838-6000**

**Coeur d'Alene, ID**
**(208) 667-1163**



COPY RECEIVED
TIME _____ BY _____

**MICHAEL MADDEN ESQUIRE**
BENNETT, BIGELOW & LEEDOM, PS
SUITE 1900
1700 SEVENTH AVENUE
SEATTLE, WA 98101

NOV 2 0 2006

BENNETT BIGELOW
& LEEDOM

Remit to the Corporate Office:
**2020 US Bancorp Tower**
**111 S.W. Fifth Avenue**
**Portland, OR 97204**

Tax ID Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 10/27/2006 | | |
| **Case\Assg No.** | 6103-1 | **Invoice #** | 19226 |
| **Case Caption:** | TURNER, FANAYE vs. UNIVERSITY OF WASHINGTON AND BUDDY RATNER | **Invoice Date** | 11/13/2006 |

*ORIGINAL / INDEX / CONDENSED DEPOSITION OF FANAYE E. TURNER*

**Remarks**

FREE DISKETTE, CD-ROM & E-MAIL.

APPEARANCE FEE=$397.50, TRANSCRIPT=$1,296.25 EXHIBIT=$155.25 DELIVERY=$30.00

THANK YOU FOR YOUR BUSINESS !!!

| | |
|---|---|
| **Total Amount $** | $1,879.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,879.00 |

THANK YOU FOR YOUR BUSINESS !!!

**ENTERED**
DATE ____ 10/1
ACCT # 1254 / 1100
CLIENT/MATTER 1408-055

1408.55

OK TO PAY

**Phone: (800) 528-3335**          **www.naegelireporting.com**          **Fax: (503) 227-7123**

## Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:
**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ Visa   ☐ MasterCard
☐ American Express

Signature (AS IT APPEARS ON YOUR CREDIT CARD)
_____

Print Name (AS IT APPEARS ON YOUR CREDIT CARD)
_____

Credit Card #          Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)