HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANAYE TURNER, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON and BUDDY RATNER, <br><br> Defendants. | NO. CV05-1575L <br><br> DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFF'S RESPONSE TO NOTICE OF DEFENDANTS' BILL OF COSTS <br><br> NOTE ON MOTION CALENDAR: <br> **January 17, 2008** |

I, Katherine C. Chamberlain, state as follows:

1. I am one of the attorneys appearing *Pro Hac Vice* for plaintiff in this matter and have personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit 1 is a true copy of the U.S. General Services Administration "Domestic Perdiem Rates" for Washington, from October 1, 2007 through September 30, 2008, as found on the http://www.gsa.gov website.

3. Attached hereto as Exhibit 2 is a true copy of a report from www.mapquest.com, showing that the distance between Winthrop, Washington, and the U.S. District Courthouse in Seattle, Washington, is 244.18 miles.

4. I was one of the attorneys for Fanaye Turner and attended each day of trial. Ms. Cindy Long's testimony began and concluded on the morning of October 30, 2007. Ms. Rita

DECLARATION OF KATHERINE C. CHAMBERLAIN
IN SUPPORT OF PLAINTIFF'S RESPONSE TO NOTICE
OF DEFENDANTS' BILL OF COSTS (CV05-1575L) - 1

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

1 Jensen's testimony began on the morning of October 30, 2007, and concluded in the early
2 afternoon.
3    I hereby declare under penalty of perjury under the laws of the United States of America
4 and the State of Washington that the foregoing is true and correct.
5    DATED this 14th day of January, 2008.

*/s/ Katherine C. Chamberlain*
Katherine C. Chamberlain, *Pro Hac Vice*

DECLARATION OF KATHERINE C. CHAMBERLAIN
IN SUPPORT OF PLAINTIFF'S RESPONSE TO NOTICE
OF DEFENDANTS' BILL OF COSTS (CV05-1575L) - 2

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2008, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael Madden**
  mmadden@bbllaw.com,ecf@bbllaw.com
- **Marie Renee Westermeier**
  mwestermeier@bbllaw.com,ecf@bbllaw.com

By  */s/ Katherine C. Chamberlain*
Andrea Brenneke, WSBA No. 22027
abrenneke@mhb.com
1500 Hoge Building
705 Second Avenue
Seattle, WA 98104-1745
Phone: 206-622-1604
Fax: 206-343-3961
Attorneys for Plaintiff

DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFF'S RESPONSE TO NOTICE OF DEFENDANTS' BILL OF COSTS (CV05-1575L) - 3

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961