UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANAYE TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON and<br>BUDDY RATNER,<br><br>        Defendants. | Case No. C05-1575RSL<br><br>TAXATION OF COSTS |

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF FANAYE TURNER , and on behalf of DEFENDANTS in the amount of $6,818.55 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. SERVICE COSTS | $170.00 | $170.00 | 0 |

Miscellaneous service costs are not taxable.

| | | | |
|---|---|---|---|
| II. DEPOSITION COSTS | $3,196.50 | 0 | $3,196.50 |

Clerk allowed all costs associated with deposition actually used at trial.

| | | | |
|---|---|---|---|
| III. COPY COSTS | $964.91 | 0 | $964.91 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $3,789.27 | $1,167.13 | $2,622.14 |

Clerk allowed for $216.00 per day when overnight stay was required and $64.00 for the travel day home. The total of six nights stay for the witnesses was authorized.

|  | | | |
|---|---|---|---|
| V.  OTHER COSTS | $35.00 | 0 | $35.00 |

Dated this ___18th___ day of JANUARY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2