1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FANAYE TURNER,

                Plaintiff,

       v.

UNIVERSITY OF WASHINGTON and
BUDDY RATNER,

                Defendants.

Case No. C05-1575RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF FANAYE TURNER ,  and on behalf of DEFENDANTS in the amount of $6,818.55  as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   SERVICE COSTS | $170.00 | $170.00 | 0 |

Miscellaneous service costs are not taxable.

| | | | |
|---|---|---|---|
| II.   DEPOSITION COSTS | $3,196.50 | 0 | $3,196.50 |

Clerk allowed all costs associated with deposition actually used at trial.

| | | | |
|---|---|---|---|
| III.  COPY COSTS | $964.91 | 0 | $964.91 |

TAXATION OF COSTS -- 1

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $3,789.27 | $1,167.13 | $2,622.14 |

Clerk allowed for $216.00 per day when overnight stay was required and $64.00 for the travel day

home. The total of six nights stay for the witnesses was authorized.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.   OTHER COSTS | $35.00 | 0 | $35.00 |

Dated this ___18th___ day of JANUARY, 2008 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2